IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD A. MINFORD, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 14-mc-224 |
| | : | |
| v. | : | |
| | : | |
| BERKS COUNTY (INC.)/COUNTY OF BERKS (INC.), along with its OFFICES, Employees, agencies and instrumentalities; and VARIOUS UNKNOWN OR UN-NAMED AGENTS AND INSTRUMENTALITIES a/k/a JOHN/JANE DOE(S), | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 29th day of September, 2014, for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** as follows:

1. The plaintiff *pro se*, Richard A. Minford, will **SHOW CAUSE** why the court should not dismiss this action for lack of subject-matter jurisdiction;

2. The plaintiff, if responding, must file a response with the court no later than **Monday, October 20, 2014**;

3. If the plaintiff fails to respond to this order to show cause, the court will interpret his failure as an indication that he is unopposed to dismissal of this action; and

4. The court will decide the order to show cause on **Tuesday, October 21, 2014**, or soon thereafter, without oral argument unless otherwise ordered by the court.

BY THE COURT:

*/s/ Edward G. Smith*
EDWARD G. SMITH, J.