IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD A. MINFORD, | : | |
| Petitioner, | : | CIVIL ACTION NO. 14-mc-224 |
| v. | : | |
| BERKS COUNTY (INC.)/COUNTY OF BERKS (INC.), along with its OFFICES, Employees, agencies and instrumentalities; and VARIOUS UNKNOWN OR UN-NAMED AGENTS AND INSTRUMENTALITIES a/k/a JOHN/JANE DOE(S), | : | |
| Respondents. | : | |

## ORDER

**AND NOW**, this 9th day of December, 2014, the court having issued an order on September 29, 2014, requesting that the *pro se* petitioner, Richard A. Minford, show cause why the court should not dismiss this case for lack of subject-matter jurisdiction (Doc. No. 2); and after considering the petition for declaratory judgment (Doc. No. 1), the response to the order to show cause (Doc. No. 4), and the exhibit accompanying the response (Doc. No. 5) filed by the petitioner; accordingly, for the reasons set forth in the September 29, 2014 memorandum opinion (Doc. No. 3) and the memorandum opinion accompanying this order, it is hereby **ORDERED** that the petition is **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction.

BY THE COURT:



EDWARD G. SMITH, J.